**Motion Granted and Order filed April 15, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00735-CR
NO. 14-12-00736-CR

_____

**KENNETH RAMONE DEARBORN, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause Nos. 1240364 and 1240365**

## ORDER

The State has filed a motion to supplement the appellate record with an original exhibit. The motion is granted.

The clerk of the 351st District Court is directed to deliver to the clerk of this court the original of State's Exhibit 17, a DVD recording, on or before **April 26, 2013.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and,

upon completion of inspection, to return the original of State's Exhibit 17, a DVD recording, to the clerk of the 351st District Court.

PER CURIAM